UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EARL HAYES,

Plaintiff,

v.

BRADY CONDLIN, *et al.*,

Defendants.

No. 22-CV-7295 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

On March 27, 2026, the Court granted in part and denied in part Defendants' Motion to Dismiss Plaintiff's Amended Complaint and granted Plaintiff 30 days to file a second amended complaint, informing Plaintiff that failure to do so would result in the dismissal with prejudice of any claims dismissed without prejudice. (*See* Op. & Order 22 (Dkt. No. 49).) Plaintiff did not timely amend. (*See* Dkt.)

Accordingly, the Court converts its prior dismissal of certain claims without prejudice to dismissal with prejudice. The Amended Complaint is deemed the operative complaint in this Action. Defendants are directed to answer with respect to the Amended Complaint by June 14, 2026. (*See* Order (Dkt. No. 51) (granting Defendants an extension of time to answer until 30 days after Plaintiff amends or otherwise indicates to the Court he will not do so).)

SO ORDERED.

Dated:   May 14, 2026
         White Plains, New York

KENNETH M. KARAS
United States District Judge